UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GUY GIISHIG,                                          Civil No.  09-2489 MJD /AJB

       Plaintiff,

       v.                                                O R D E R

DEBRA JAMES, VELMA J. KORBEL, CAL
LUDEMAN, TIMOTHY PAWLENTY,
KATHLEEN SIBELIUS, ERMA VIZENOR,
MATTHEW FRANK, BARBARA BERG-
WINDELS, DENNIS BENSON, GREG
CARLSON, LAUREN SEVERSON, DR.
ANN LA VALLEY-WOOD, BRIAN
NINNEMAN, JIM LIND, STEVE
SAYAVITZ, STEVE SAJEK, SARA
KULAS, NANCY JOHNSON, CAROLYN
PIERRE, JULIE ROSE, ROB ROSE,
DAVID PRESCOTT, MARNIE
DOLLINGER, JAMIE JUNGERS, RANDY
VALENTINE, DAVID TAPLAN, CHAD
WAKOJESIC, LAURAL SKOAGLUND,
and SHERBURNE COUNTY SOCIAL
SERVICE DIRECTOR,

       Defendants.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Arthur J. Boylan dated October 15, 2009, all the files and

records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1.  Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No. 2),

is DENIED; and

2. This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).


DATED: November 13, 2009.


s/Michael J. Davis
Chief Judge Michael J. Davis
U. S. District Court